UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Patricia Lobosco, et al.

    -V-

Optio Solutions LLC

-------------------------------------------------------X

ORDER OF DISCONTINUANCE
CV 17-1564 (JS)(SIL)

Appearances:

For Plaintiff(s):
Craig Sanders, Esq.
David Barshay, Esq.
100 Garden City Plaza   #500
Garden City NY 11530

For Defendant(s):
Donald Maurice, Jr., Esq.
Thomas Dominczyk, Esq.
Maurice Wutscher
5 Walter Foran Blvd.   #2007
Flemington NJ 08822


SEYBERT, District Judge:

    The above-captioned case was commenced on Mar. 20, 2017, with the filing of a complaint.

    In his Notice of Settlement dated May 26, 2017 (docket entry [8]), Mr. Sanders indicated that the parties settled the case. No stipulation of discontinuance has been submitted to date.

    IT IS HEREBY ORDERED that this action be discontinued without prejudice to reopening should the settlement not be consummated. The Clerk of Court is directed to close the case and terminate pending motions, if any.


    SO ORDERED.

Dated: Jul. 18, 2017
    Central Islip NY

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT, U.S.D.J.